**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JUAN CARLOS MAJANO-PEREZ, <br><br> Petitioner, <br><br> v. <br><br> JOSEPH D. McDONALD, et al., <br><br> Respondents. | Civil Action No. 1:25-cv-11134-IT |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice, without costs or attorney's fees, all rights of appeal being waived.

Respectfully Submitted,


JUAN CARLOS MAJANO-PEREZ          LEAH B. FOLEY
Petitioner,                                               United States Attorney

By:                                                            By:
__/s/ Francisco J. Rosa_____    /s/ Michael Sady
Francisco J. Rosa, Esq. (BBO # 686673)   Assistant U.S. Attorney
ROSA & TAING LAW, LLC.                     United States Attorney's Office
1550 Middlesex Street                           1 Courthouse Way, Ste. 9200
Lowell, MA 01851                                  Boston, MA 02210
(9787)458-0934                                      617-748-3100
Email: fr@rosataing.com                        michael.sady@usdoj.gov

Dated: June 18, 2025